IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:94-cr-01004-MP

THOMAS FRANKLIN WOODY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, doc. 65, recommending that doc. 51, the motion to vacate sentence under § 2255, be denied with prejudice as untimely. After the first attempt to mail the Report and Recommendation to the defendant was returned undelivered, the Clerk resent the Report and Recommendation to defendant's current address and it was not returned. The Court then gave the defendant additional time to file objections, but none were filed.

The Court agrees that the defendant should have filed a motion to challenge his sentence by May of 2000. Since he did not initiate the instant motion until 2004, it is untimely. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge (doc. 65) is adopted and incorporated herein.

2. This motion at doc. 51 is denied with prejudice.

**DONE AND ORDERED** this  *18th*  day of June, 2008

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge