| PROB 22<br>(Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:94CR01004-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Thomas Franklin Woody<br>15 Dolphin Street<br>Greenville, SC 29605 | DISTRICT<br>Florida Northern | DIVISION<br>Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Maurice M. Paul, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>2/15/08 | TO<br>2/14/2011 |

OFFENSE

Bank Robbery, in violation of 18 U.S.C. § 2113(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of South Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*March 18, 2008*
_____
Date

*Maurice M Paul*
_____
Maurice M. Paul
*Sr. United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of South Carolina

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*April 3, 08*
_____
*Effective Date*

_____
*United States District Judge*

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

2008 APR 14  PM 3: 51

FILED